UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE:                                              CASE NO. 14-12579-JDL
                                                    CHAPTER 13
WILLIAM ALLAN WEALE
                                                    JUDGE JANICE D. LOYD

       DEBTOR                                       **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, JOHN HARDEMAN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** <u>PARTNERS FOR PAYMENT RELIEF</u>

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 4 | 0543 | $15,625.48 | $15,625.48 | $16,921.22 |
| Total Amount Paid by Trustee | | | | $16,921.22 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X**  Through the Chapter 13 Conduit          ___ Direct by the Debtor
through November 2019

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

/s/ JOHN HARDEMAN

JOHN HARDEMAN, Trustee
321 Dean A. McGee Avenue
PO BOX 1948
OKLAHOMA CITY, OK  73101
13trustee@chp13okc.com
Tel: (405) 236-4843
Fax: (405) 236-1004

CASE NO. 14-12579-JDL

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by first class U.S. Mail, postage prepaid, on this 25th day of November, 2019.

WILLIAM ALLAN WEALE, 1314 VERNA MARIE DR, OKLAHOMA CITY, OK  73110-1420

PARTNERS FOR PAYMENT RELIEF, 920 CASSATT RD STE 210, BERWYN, PA  19312

| | |
|---|---|
| Date:  November 25, 2019 | /s/ JOHN HARDEMAN |
| | JOHN HARDEMAN, Trustee |
| | 321 Dean A. McGee Avenue |
| | PO BOX 1948 |
| | OKLAHOMA CITY, OK  73101 |
| | 13trustee@chp13okc.com |
| | Tel: (405) 236-4843 |
| | Fax: (405) 236-1004 |